# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1686. MODA LUX, LLC et al. v. ATHENE ANNUITY AND LIFE COMPANY.**

Appellants Moda Lux, LLC, and Kwassi Byll-Cataria have filed a motion to withdraw their appeal pursuant to Court of Appeals Rule 41 (g). The motion is hereby GRANTED, and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  07/24/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*